UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :       ORDER FOR RETURN OF

               VS.                         :       DEPOSIT FOR BAIL

ROMAN CASTILLO-GARCIA           :       RECOG. NEW1926
                                  Case No. DNJX209MJ400401-001
                          :                 DNJX209CR000891-001

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for her appearance before this Court, and that the sum of Fifteen thousand dollars ($15,000.00) was deposited in the registry of this Court as security for the said recognizance; and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is, on this 19th day of November, 2012

**ORDERED** that the sum of Fifteen thousand dollars ($15,000.00) so deposited as aforesaid be returned to Margarita Tejada 190-05 Hillside Ave., Apt 5 R, Holles, NY, 11423, the surety of said recognizance.

Jerome B. Simandle, CHIEF JUDGE
UNITED STATES DISTRICT COURT

RECEIVED
NOV 27 2012
AT 8:30
WILLIAM T. WALSH

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2012 DEC 4 AM 11 03